# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MILLER,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 16-8508 JLS (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: April 24, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE JOSEPHINE L. STATON
United States District Judge