JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MILLER, | Case No. CV 16-8508-JLS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 24, 2017

HONORABLE JOSEPHINE L. STATON
United States District Judge